(June 16, 1953.)

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMANDO NEGRON, JOSEPH CRUZ and THOMAS SOTO, Appellants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ.

■

In the Matter of the Arbitration between BRIGHTON MILLS, INC., Appellant, and RAYON CORPORATION OF AMERICA, Respondent.— We find on the facts here that the parties stipulated to proceed in this arbitration with associate counsel present for a short time and with regular counsel present the next day. There has been no showing of prejudice. We find nothing else in the conduct of the arbitrators which could be considered misconduct. All of the complaints of substance relate to alleged errors of fact or law made by the arbitrators; which we may not review. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to confirm the award granted. Present — Peck, P. J., Glennon, Dore, Callahan and Bergan, JJ. [See post, p. 670.]

■

SAMUEL J. SINGER, as Receiver of GLOBAL WRECKING CORP., Respondent, v. DARWIN F. KABAT, Individually and Doing Business under the Name of DARWIN F. KABAT COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERT E. KALAN, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Bergan, JJ.

■

In the Matter of the Arbitration between KALAN UNIFORM CO., INC., Respondent, and ARCOLA FABRICS CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Bergan, JJ. [See post, p. 866.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEARST CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [732–742 Second Ave., Borough of Manhattan.] (Proceeding No. 1.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEARST CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [732–742 Second Ave., Borough of Manhattan.] (Proceeding No. 2.) — Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Bergan, JJ.

■

In the Matter of MORRIS SAMOWITZ et al., Petitioners, against GEORGE P. MONAGHAN, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Bergan, JJ.